Case Name: BROWN, RANDY S.
            BROWN, MELINDA J.
Case No:      07-72640

## CERTIFICATION OF REVIEW

      The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 4, 2008          WILLIAM T. NEARY
                                 United States Trustee, Region 11

             BY:    */s/ Carole J. Ryczek*
                       CAROLE J. RYCZEK
                       Attorney for the U.S. Trustee