**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN**

| | |
|---|---|
| IN RE:<br>BROWN, RANDY S.<br>BROWN, MELINDA J.<br><br>BROWN, MINDY<br><br>     Debtor(s)<br><br>Social Security/Employer Tax ID Number: xxx-xx-8863 | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-72640 MB<br><br>HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR**
**COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

     At:   U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL  61101

     on:   **DECEMBER 1, 2008**
     at:   **9:30 a.m.**

2.   The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The following applications for compensation have been filed:

| APPLICANT | COMPENSATION<br>PREVIOUSLY PAID | FEES NOW<br>REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $    0.00 | | 61.19 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $    0.00 | 1,987.50 | |
| BERNARD J. NATALE<br>Trustee | $    0.00 | 1,550.49 | |

4.   The Trustee's Final Report shows total:

   a. Receipts                 $     8,004.93

   b. Disbursements           $      0.00

   c. Net Cash Available for Distribution   $     8,004.93

5.   In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $22,027.90.  Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $24,608.27, resulting in an approximate distribution of 0.00% to unsecured creditors, plus interest.

6.      The debtor has been discharged.

7.      The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE:   November 4, 2008                          For the Court,


                                                  By: /s/  BERNARD J NATALE

                                                  Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith          Page 1 of 2          Date Rcvd: Nov 06, 2008
Case: 07-72640                Form ID: pdf002         Total Served: 40
```

The following entities were served by first class mail on Nov 08, 2008.
```
db            +Randy S. Brown,   106 Heath Cliff Drive,   Poplar Grove, IL 61065-9176
jdb           +Melinda J. Brown,   106 Heathcliff Drive,   Poplar Grove, IL 61065-9176
aty           +Jason H Rock,   Barrick Switzer Law Office,   6833 Stalter Drive,   First Floor,
               Rockford, IL 61108-2579
tr            +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
11715571      +Alpine Bank,   6838 E. State Street,   Rockford, IL 61108-4611
11715572       Beneficial,   P.O. Box 17574,   Baltimore, MD 21297-1574
11715573       Beneficial Finance,   P.O. Box 17574,   Baltimore, MD 21297-1574
11715574       Capital One Bank,   P.O. Box 60024,   City Of Industry, CA 91716-0024
11715575       Card Processing Center,   P.O. Box 5811,   Hicksville, NY 11802-5811
11715576      +Citizen's Bank,   P.O. Box 42113,   Providence, RI 02940-2113
11715578      +Fine, Faulkner & Mortell,   131 South Dearborn Street,   Floor 5,   Chicago, IL 60603-5517
11715579      +Geisler Law Office P.C.,   6845 Weaver Road,   Rockford, IL 61114-8051
12064732       Household Finance Corporation Beneficial,   by eCAST Settlement Corporation,   as its agent,
               POB 35480,   Newark NJ 07193-5480
11715580       IL Dept of Employment Security,   260 East Indian Trail Road,   Aurora, IL 60505-1733
11715584      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   P.O. Box 21126,
               Philadelphia, PA 19114-0326)
11949898      +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2804
11948694       Illinois Department of Employment Security,   33 South Sate Street,   Chicago, Illinois 60603
11715581      +Illinois Department of Revenue,   c/o Terence Dahm,   200 S. Wyman Street,
               Rockford, IL 61101-1237
11715582      +Innovative Merchant Solution,   26541 Agoura Road,   Calabasas, CA 91302-2093
11715583       Insight Communications,   115 N. Galena Avenue,   Dixon, IL 61021-2117
11715585      +Joe Detellem,   3712 Broadway,   Rockford, IL 61108-6128
11715586       Kohl's Payment Center,   P.O. Box 2983,   Milwaukee, WI 53201-2983
11715587      +North Boone Broadband, Inc.,   111 Lamp Lighter Loop,   Poplar Grove, IL 61065-9185
11715588       One Communications,   Attn: Janice Ronan,   313 Post Rd West,   Marlborough MA 01752
11715589       Poplar Grove State Bank,   109 North State Street,   P.O. Box 280,   Poplar Grove, IL 61065-0280
11715590       Sam's Club,   P.O. Box 530970,   Atlanta, GA 30353-0970
11715591       Sears Credit Cards,   P.O. Box 183081,   Columbus, OH 43218-3081
11745282       Shawn C Fulbright,   Alpine Bank of IL,   Fulbright & Assoc PC,   POB 1510,
               Rockford IL 61110-0010
11715592      +Van Ru Credit Corporation,   11745 West Bradley Road,   Milwaukee, WI 53224-2531
11715595      +WTVO Channel 17,   1917 N. Meridian Road,   Rockford, IL 61101-9215
11715593       Wells Fargo Financial,   P.O. Box 98798,   Las Vegas, NV 89193-8798
11715594      +William G. Shold, D.D.S.,   6050 Brynwood Drive,   Suite 205,   Rockford, IL 61114-6599
11799666      +Yellow Book USA,   c/o RMS Bankruptcy Recovery Serv,   POB 5126,   Timonium MD 21094-5126
11715596       Yellow Book USA-West,   P.O. Box 6448,   Carol Stream, IL 60197-6448
```

The following entities were served by electronic transmission on Nov 07, 2008.
```
12585647      +E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:14      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11770104      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          ComEd Company,
               Attn Revenue Management Dept,   2100 Swift Drive,   Oak Brook IL 60523-1559
11715577       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          Commonwealth Edison,
               Bill Payment Center,   Chicago, IL 60668-0002
11999574       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11744969       E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:15
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
11868881      +E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:14
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB BRC,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                TOTAL: 6
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
12064733*      Household Finance Corporation Beneficial,   by eCAST Settlement Corporation,   as its agent,
               POB 35480,   Newark NJ 07193-5480
                                                                                TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3        User: lorsmith        Page 2 of 2          Date Rcvd: Nov 06, 2008
Case: 07-72640             Form ID: pdf002        Total Served: 40
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**                          **Signature:**   _Joseph Speetjens_