**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 29, 2008 through December 31, 2008
Account Number: **000312187528166**

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273



00015250 DBI 802 24 00209 - NNNNN 1 000000000 60 0000
07-72640 BROWN RANDY S
BROWN MELINDA J DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY    Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $8,004.93 |
| Checks Paid | 4 | - 8,004.93 |
| Ending Balance | 4 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 12/03 | $1,550.49 ✓ |
| 102 | 12/24 | 2,041.99 ✓ |
| 103 | 12/11 | 2,363.76 ✓ |
| 104 | 12/03 | 2,048.69 ✓ |
| Total Checks Paid |  | $8,004.93 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/03 | $4,405.75 |
| 12/11 | 2,041.99 |
| 12/24 | 0.00 |

EXHIBIT C



Page 1 of 3